# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GUYATREE SINGH<br><br>Defendant. | Cr. No. 23-393 (JSR)<br><br>**SUBSTITUTION OF ATTORNEY** |

The undersigned attorneys hereby agree and stipulate to this Substitution of Attorney for Defendant, Guyatree Singh.

Withdrawing Attorney:                                        Substituting Attorney:

*Adrienne D. Edward*                                          *Lorraine Gauli-Rufo*
Adrienne D. Edward, Esq.                                  Lorraine Gauli-Rufo, Esq.

Dated: December __4__, 2023

The substitution of attorney is hereby approved and so ORDERED:

Date: 12/5/23

*Jed S. Rakoff*
Hon. Judge Jed. S. Rakoff
United States District Judge